RECEIVED
MAR 1 6 2015
BY MAIL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
EASTERN _____ **DIVISION**

DERWIN OWIE )
_____)
 )
5734 PARKLANE )
_____)
 )
ST. LOUIS, MISSOURI 63147 )
_____)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
 )
 )
 )
 - vs - )
 )
ST. LOUIS COUNTY HEALTH DEPARTMENT A ) Case No. _____
_____) (To be assigned by Clerk
 ) of District Court)
SUBSITARY OF ST. LOUIS COUNTY, MISSOURI )
_____)
 )
A POLITICAL SUBDIVISION OF THE STATE OF )
MISSOURI AND ONE UNKNOWN FEMALE EMPLOYEE OF )
 )
IN HER OFFICIAL AND INDIVIDUAL CAPS )
_____)
 )
_____)
(Enter above the full name of **ALL** Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I.  State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

```
28 USC 1331
28 USC 1343
28 USC 2201-2202
PENDANT JURISDICTION
42 USC 1983
1974 PRIVACY ACT
```

II. Plaintiff, DERWIN BOWIE _____ resides at

5734 PARKLANE _____, ST. LOUIS _____, _____,
street address                              city              county

MISSOURI ____, 63147 _____, 314-381-1291 _____.
state            zip code       telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, STLOUIS COUNTY HEALTH DEP lives at, or its business is located at

_____, ST. LOUIS _____, ST. LOUIS _____,
street address                              city              county

MISSOURI ____, 63136 _____.
state            zip code

(if more than one defendant, provide the same information for each defendant below)

UNKNOWN NAMES FEMALE EMPLOYEE OF THE ST. LOUIS COUNTY HEATH DEPARTMENT

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

```
THAT ON OR ABOUT NOVEMBER 2014
PLAINTIFF WAS NOTIFIED FROM THE ST. LOUIS COUNTY HEALTH DEPARTMENT THAT A UNKNOWN
NAMED FEMALE EMPLOYEE TRANSFERED PLAINTIFF MEDICAL RECORDS TO HER PRIVATE EMAIL
AND WAS TERMINATED FROM HER EMPLOYMENT FOR DOING SO. THAT THE EMPLOYEE ADMIT SHE
INTENTIONALLY TRANSFERED PLAINTIFF MEDICAL RECORDS WITH PLAINTIFF WRITTEN
AUTHORIZATION. THAT SHE INTENTIONALLY BREACHED THE STATUTORORILY REQUIRED DUTY OF
CONFIFENTIALITY.
```

V. Relief: State briefly and exactly what you want the Court to do for you.

```
PLAINTIFF SEEKS A DECLARATORY JUDGEMENT DECLARING THAT THE DEFENDANT ACTS
VIOLATED HIS PRIVACY AND THAT SAME WAS INTENTIONAL AND WILFUL.

THAT THE DFENDANT BREACHED THE PLAINTIFF'S PRIVACY

THAT THE DEFENDANT BREACHED A STATUTORILY REQUIRED DUTY OF CONFIDENTIALITY

THAT THE DFENDANTS WAS NELIGENT IS THE SUPERVISION OF THAT EMPLOYEE WHO WILFULLY
AND INTENTIONALLY TRASNFERED AND OR DOWNLAODED MEDICAL RECORDS OF THE PLAINTIFF
TO HER PERSONAL EMAIL ACCOUNT WITHOUT WRITTEN AUTHORIZATION AND OR CONTRARY TO
THE LAW.

JURY TRIAL DEMAND

ALTERNATIVE THAT THE CASE BE TRANSFERED TO STATE COURTS IN THE EVENT FEDERAL
JURISDICTION CANNOT BE HAD ON SUBJECT-MATTER
```

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

```
$10,000.00 VIOLATION OF PRIVACY-BREACH OF A STATUTORT REQUIRED DUTY;
VIOLATION OF THE 1974 PRIVACY ACT AND BREACH OF A FIDUCIARY DUTY
```

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ]   unknown   NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7TH day of MARCH, 20 15

*[Signature]*

Signature of Plaintiff(s)

4